

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00316-CV

**BEXAR COUNTY TEXAS**,
Appellant

v.

**DEPUTY SHERIFF'S ASSOCIATION OF BEXAR COUNTY**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14030
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Deputy Sheriff's Association of Bexar County recover its costs of this appeal from appellant Bexar County.

SIGNED January 22, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice